### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| CALVIN ROEDER | NO. 18-259 |

### O R D E R

**AND NOW**, this 8th day of April, 2022, upon consideration of Petitioner Calvin Roeder's Motion to Reduce His Sentence (ECF No. 68), it is **HEREBY ORDERED** that said Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
**WENDY BEETLESTONE, J.**